CLOSED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. SCHROEDER AND CONSTANCE H. SCHROEDER FAMILY TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES B. NUTTER AND COMPANY, et al.,<br><br>    Defendants. | CASE NO. CV12-03801-MWF (FFMx)<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be and hereby is entered in favor of Defendant James B. Nutter and Company and against Plaintiff Edward A. Shroeder and Constance H. Schroeder Family Trust, that Plaintiff Edward A. Shroeder and Constance H. Schroeder Family Trust take nothing, that the action be and hereby is dismissed on the merits, and that Defendant James B. Nutter and Company recover its costs from Plaintiff.

Dated: March 1, 2013.

MICHAEL W. FITZGERALD
United Stated District Judge

JUDGMENT